IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ANTHONY ARAGON,<br><br>Defendant. | CR 20–06–BU–DLC<br><br>ORDER |

United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on May 4, 2020. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended this Court accept Adrian Anthony Aragon's guilty plea after Aragon appeared before her pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of wire fraud in violation

1

of 18 U.S.C. § 1343 (Count IV), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I-III and V-VII of the Indictment.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 24), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Adrian Anthony Aragon's motion to change plea (Doc. 15) is GRANTED and Adrian Anthony Aragon is adjudged guilty as charged in Count IV of the Indictment.

DATED this 20th day of May, 2020.

_____
Dana L. Christensen, District Judge
United States District Court