IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ANTHONY ARAGON,<br><br>Defendant. | CR 23–07–BU–DLC<br>CR 20–06–BU–DLC<br><br><br><br>ORDER |

Before the Court is Warden Howard C. Barron, Jr.'s request to extend the deadline for completion of Defendant Adrian Anthony Aragon's mental competency exam. (Doc. 52.) The Warden requests a 15-day extension of the deadline currently set for November 2, 2023. (*Id.*) The Defendant arrived at Federal Detention Center, SeaTac, on October 3, 2023, for his 30-day evaluation. (*Id.*) Due to the assigned psychologist's upcoming leave and heavy caseload, the Warden requests that the evaluation period deadline be extended to November 17, 2023. (*Id.*)

Accordingly, IT IS ORDERED that the request (Doc. 52) is GRANTED. The deadline to complete Defendant's mental competency evaluation is VACATED and RESET for November 17, 2023. The Court's previous Order granting Motion for Psychiatric Exam as to Adrian Anthony Aragon (Doc. 51) otherwise remains in full force and effect.

1

DATED this 10th day of October, 2023.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court